```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,        )  Criminal Case No. 08 CR 699 DMS
                                 )
            Plaintiff,           )  I N F O R M A T I O N
                                 )
     v.                          )  Title 8, U.S.C., Sec. 1325 -
                                 )  Illegal Entry (Misdemeanor);
MISAEL REYNOSO,                  )  Title 8, U.S.C., Sec. 1325 -
                                 )  Illegal Entry (Felony)
            Defendant.           )
                                 )
_____)

The United States Attorney charges:

<u>Count 1</u>

On or about 2/11/08, within the Southern District of California, defendant MISAEL REYNOSO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CPH:es:San Diego
2/23/08

<u>Count 2</u>

On or about February 12, 2008, within the Southern District of California, defendant MISAEL REYNOSO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 3/11/68.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney